# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RAMON APOLONIO BAUTISTA-LEIVA and MARI RODRIGUEZ-MACHADO, | § § § § | |
| Petitioners, | § § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-0877 |
| KEVIN McALEENAN, | § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order entered on this date, this case is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on NOV 0 8 2019.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE